UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

James Robert Bates

          Plaintiff(s),          Case No. 2:16-cv-14324

v.          Sean F. Cox

O'Bell Thomas Winn          Anthony P. Patti

          Defendant(s).
_____/

## NOTICE OF APPEAL

Notice is hereby given that **Plaintiff** appeals to the United States Court of Appeals for the Sixth Circuit from the: ☑ Judgment ☐ Order

☐ Other: _____

entered in this action on **February 15, 2022**.

Date: March 15, 2022

Counsel is: RETAINED

Racine Michelle Miller (P72612)

The Michigan Law Firm, PC
Attorney for Plaintiff
135 N. Old Woodward Ave., Ste. 270
Birmingham, MI 48009
(844) 464-3476
racine@themichiganlawfirm.com
(P72612)

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $505.00 check payable to: Clerk, U.S. District Court.